IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

NO. 2:15-CV-21-D

| | |
|---|---|
| CAMDEN COUNTY, A BODY POLITIC AND POLITICAL SUBDIVISION OF THE STATE OF NORTH CAROLINA; EAST CAROLINA BEHAVIORAL HEALTH AN AREA MENTAL HEALTH AUTHORITY AND POLITICAL SUBDIVISION OF THE STATE OF NORTH CAROLINA; AND PASQUOTANK COUNTY, A BODY POLITIC AND POLITICAL SUBDIVISION OF THE STATE OF NORTH CAROLINA, <br><br>Plaintiffs, <br><br>v. <br><br>NORTHEASTERN COMMUNITY DEVELOPMENT CORPORATION; UNITED STATES DEPARTMENT OF AGRICULTURE; UNITED STATES INTERNAL REVENUE SERVICE; NORTH CAROLINA DEPARTMENT OF REVENUE; NORTH CAROLINA DEPARTMENT OF COMMERCE-DIVISION OF EMPLOYMENT SECURITY; SOUTHERN BANK AND TRUST COMPANY, <br><br>Defendants. | ORDER |

THIS CAUSE having come before the undersigned Judge of the United States District for the Eastern District of North Carolina on the Motion of Charles Thomas Steele, Jr., Trustee of that certain deed of trust at issue in this action recorded in Book 166, Page 420 in the Office of the Camden County Register

-1-

of Deeds (the "USDA Deed of Trust") [and as such being the owner of legal title to the Property at issue], to Intervene in this action and it appearing to the Court that good cause exists for granting said motion and that it should therefore be allowed.

NOW THEREFORE BE IT HERREBY ORDERED, ADJUDGED AND DECREED that:

1. the Motion to Intervene of Charles Thomas Steele, Jr., Trustee [of the USDA Deed of Trust], is hereby granted; and

2. that Charles Thomas Steele, Jr., Trustee, is hereby made a co-defendant to this action; and

3. that Charles Thomas Steele, Jr., Trustee, shall have 30 days from entry of this Order to file an answer and such other claims as he deems appropriate to the Complaint; and

4. that accordingly the Motion to Dismiss of the USDA for failure to join a necessary party contained in its Motion to Dismiss, Answer, Defenses and Counterclaims is moot.

So ORDERED. This the ___16___ day of June 2015.

JAMES C. DEVER III
Chief United States District Judge