IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
No. 2:15-CV-21-D

| | |
|---|---|
| CAMDEN COUNTY, A BODY POLITIC AND POLITICAL SUBDIVISION OF THE STATE OF NORTH CAROLINA; EAST CAROLINA BEHAVIORIAL HEALTH, AN AREA MENTAL HEALTH AUTHORITY AND POLITICAL SUBDIVISION OF THE STATE OF NORTH CAROLINA; and PASQUOTANK COUNTY, A BODY POLITIC AND POLITICAL SUBDIVISION OF THE STATE OF NORTH CAROLINA, <br><br> Plaintiffs, <br><br> v. <br><br> NORTHEASTERN COMMUNITY DEVELOPMENT CORPORATION; UNITED STATES DEPARTMENT OF AGRICULTURE; UNITED STATES INTERNAL REVENUE SERVICE; NORTH CAROLINA DEPARTMENT OF REVENUE; NORTH CAROLINA DEPARTMENT OF COMMERCE— DIVISION OF EMPLOYMENT SECURITY; SOUTHERN BANK AND TRUST COMPANY, <br><br> Defendants. | **ENTRY OF DEFAULT** |

This matter is before the undersigned on the Motions for Entry of Default [DE-31; DE-32] filed by Plaintiffs, requesting that the court enter default as to Defendants Northeastern Community Development Corporation and Southern Bank and Trust Company.

The undersigned denied without prejudice Plaintiffs' previous motions for entry of default because of lack of proof of service. *See* October 30, 2015, Order [DE-30]. Plaintiffs' renewed motions for entry of default, however, show that Defendant Northeastern Community

Development Corporation and Defendant Southern Bank and Trust Company were each served by registered agent via certified mail, return receipt requested, in accordance with N.C. Gen. Stat. § 1A-1, Rule 4(j). Both of these defendants have failed to appear, plead, or otherwise defend. Accordingly, the Motions for Entry of Default [DE-31; DE-32] are GRANTED, and default is ENTERED against Defendant Northeastern Community Development Corporation and Defendant Southern Bank and Trust Company for having failed to appear, plead, or otherwise defend as provided by Rule 55 of the Federal Rules of Civil Procedure.

SO ORDERED. This the 1st day of December, 2015.

Julie Richards Johnston
Clerk of Court